**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

MICHAEL SOWDERS,

  Plaintiff,                                      CASE NO.: 3:18-CV-00585-CRS

-vs-

WESTLAKE SERVICES, LLC,

  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Michael Sowders, and the Defendant, Westlake Services, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 16th day of April, 2019.

| */s/ Octavio Gomez* | */s/ Mina N. Khalil (by permission)* |
|---|---|
| Octavio Gomez, Esquire | Mina N. Khalil, Esquire |
| Florida Bar No.: 0338620 | mkhalil@stites.com |
| Morgan & Morgan Tampa, P.A. | Chadwick A. McTighe, Esquire |
| 201 N. Franklin Street, Suite 700 | cmctighe@stites.com |
| Tampa, Florida 33602 | STITES & HARBISON PLLC |
| Telephone: (813) 223-5505 | 400 West Market Street, Suite 1800 |
| Fax: (813) 223-5402 | Louisville, KY 40202-3352 |
| Primary Email: | Telephone: (502) 587-3400 |
| TGomez@ForThePeople.com | *Attorney for Defendant* |
| Secondary Email: | |
| LDobbins@ForThePeople.com | |
| *Attorney for Plaintiff* | |